THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Curtis Sam
 Newsom, a/k/a Curtis Sam Newson, Appellant.
 
 
 
 
 

Appeal From Richland County
James R. Barber, III, Circuit Court Judge

Unpublished Opinion No. 2010-UP-056
 Submitted January 4, 2010  Filed January
27, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, and Solicitor Warren Blair Giese, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Curtis Sam Newsom appeals his guilty
 pleas and sentences for one count of resisting arrest and eight counts of
 forgery.  He maintains his guilty pleas failed to comply with the mandates set
 forth in Boykin v. Alabama, 395 U.S. 238 (1969), because the plea court
 failed to advise him of the maximum penalty that could be imposed for each
 charge.  Additionally, he contends the plea court erred in failing to allow him
 to withdraw his guilty plea after sentencing.  After a thorough review of the
 record and counsel's brief pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Newsom's appeal and grant counsel's petition to be relieved. 
APPEAL DISMISSED.
SHORT, THOMAS,
 and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.